UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **IVORY LANE SIMON** <br> **DOC # 505008** | * <br> * <br> * | **CIVIL ACTION NO. 2:15-cv-1925** <br> **SECTION P** |
| **v.** | * <br> * <br> * | **JUDGE MINALDI** |
| **STATE OF LOUISIANA** | * | **MAGISTRATE JUDGE KAY** |

*****************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 11) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 12), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 20 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE